[No. 4529-3-III.   Division Three.   June 8, 1982.]

ROBERT STEVENS, *Appellant,* v. STEVENS COUNTY
COMMISSIONERS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Stevens County, No. 22868, Sidney R. Buckley, J., entered April 17, 1981. *Dismissed* by unpublished per curiam opinion.

[No. 5676-3-II.   Division Two.   June 9, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFRED
JAMES SHROPSHIRE III, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 59673, Robert H. Peterson, J., entered June 30, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 4312-6-III.   Division Three.   June 10, 1982.]

EDSEL L. MITCHELL, *Appellant,* v. ARMSTRONG
CORK COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 79-2-00791-6, Robert S. Day, J., entered December 18, 1980. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.